Helen F. Dalton & Associates, P.C.
James O'Donnell (JO 8042)
80-02 Kew Gardens Road, Suite 601
Kew Gardens, NY 11415
Telephone: (718) 263-9591

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

BENITO TAPIA ISIDORO, individually and on behalf of all others similarly situated,

                Plaintiff,

**NOTICE OF APPEARANCE**

-against-

**25-cv-5304**

ROMARK UNIVERSAL FOOD LLC and MARKEL KANDKHOROV, EMANUIL KANDKHOROV and BARUH KANDKHOROV, as individuals,

                Defendants.
--------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that HELEN F. DALTON & ASSOCIATES, P.C., attorneys for Plaintiff herein, add the undersigned as co-counsel of record for Plaintiff in this matter:

James O'Donnell (JO 8042) – jamespodonnell86@gmail.com
Helen F. Dalton & Associates, P.C.
Attorneys for Plaintiff
80-02 Kew Gardens Road Suite 601
Kew Gardens, New York 11415
Tel: 718-263-9591

Dated: Kew Gardens, NY
September 22, 2025

                                              _/s/James O'Donnell_____
                                              James O'Donnell (JO 8042)
                                              Helen F. Dalton & Associates, P.C.
                                              Attorneys for Plaintiff
                                              80-02 Kew Gardens Road Suite 601
                                              Kew Gardens, New York 11415