UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
BENITO TAPIA ISIDORO, individually and on behalf of
all others similarly situated,

                              Plaintiff,

           -against-

ROMARK UNIVERSAL FOOD LLC and MARKEL
KANDKHOROV, EMANUIL KANDKHOROV and
BARUH KANDKHOROV, as individuals,

                              Defendants.
------------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

25-cv-5304

      **PLEASE TAKE NOTICE**, that HELEN F. DALTON & ASSOCIATES, P.C., attorneys of record for the Plaintiff herein, hereby adds the undersigned as co-counsel of record, for the Plaintiff on this matter:

Katelyn M. Schillaci, Esq. (6060156) – katelyn@helendalton.com
**HELEN F. DALTON & ASSOCIATES, P.C.**
*Attorneys for Plaintiff*
80-02 Kew Gardens Road Suite 601
Kew Gardens, New York 11415
Tel: 718-263-9591

Dated: Kew Gardens, New York
       September 22, 2025

*Katelyn M. Schillaci*
Katelyn M. Schillaci, Esq.
**HELEN F. DALTON & ASSOCIATES, P.C.**
Attorneys for the Plaintiff
80-02 Kew Gardens Road
Suite 601
Kew Gardens, New York 11415