UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
BENITO TAPIA ISIDORO, individually and on behalf of
all others similarly situated,

                                    Plaintiff,        Civil Docket No.:
                                                        1:25-cv-05304
              -against-                           **AFFIRMATION OF SERVICE**

ROMARK UNIVERSAL FOOD LLC and MARKEL
KANDKHOROV, EMANUIL KANDKHOROV and
BARUH KANDKHOROV, as individuals,
                                               Defendans,
-------------------------------------------------------------------X

Roman Avshalumov, Esq., affirms the truth of the following under the penalty of perjury:

That I am not a party in the action, am over the age of eighteen (18) years, and reside at Queens, New York. On November 26, 2025, I served the following documents upon ROMARK UNIVERSAL FOOD LLC and MARKEL KANDKHOROV, EMANUIL KANDKHOROV and BARUH KANDKHOROV, as individuals

# 1.    ORDER; Dated November 25, 2025.

***via* United States First-Class Mailing**; by depositing true and correct copies thereof in to a post-paid wrapper, in an official depository under the exclusive care and custody of a USPS Service located within the State of New York, and addressed to the following person and entity, at their last known address set forth below:

**Romark Universal Food LLC.**
97-48 63rd RD,
Rego Park, NY 11374

**Markel Kandkhorov**
97-48 63rd RD,
Rego Park, NY 11374

**Emanuil kandkhorov**
97-48 63rd RD,
Rego Park, NY 11374

**Baruh Kadkhorov**
97-48 63rd RD,
Rego Park, NY 11374

Dated: Kew Gardens, New York
       November 26, 2025

                                        *Roman Avshalumov*
                                        Roman Avshalumov, Esq.,
                                        Helen F. Dalton & Associates, P.C.
                                        80-02 Kew Gardens Road, Suite 601
                                        Kew Gardens, New York 11415