Form 27 - AFFIDAVIT OF SERVICE

P25115083

**HELEN F. DALTON & ASSOCIATES, P.C** Michael Avelino
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

| BENITO TAPIA ISIDORO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | Index No. **1:25-cv-05304-ENV-TAM** |
|---|---|
| PLAINTIFF | Date Filed |
| - vs - | Office No. **2025-L082** |
| ROMARK UNIVERSAL FOOD LLC, ET AL | Court Date. |
| DEFENDANT | |

STATE OF **NEW YORK**, COUNTY OF **NEW YORK** :SS:

**BASHAR JUDEH** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **26TH** day of **SEPTEMBER, 2025 3:30PM** at
**97-48 63RD ROAD**
**REGO PARK NY 11374**
I served a true copy of the **CERTIFICATION(S), CIVIL COVER SHEET, JURY TRIAL DEMANDED, SUMMONS AND COMPLAINT, COLLECTIVE ACTION COMPLAINT** upon **ROMARK UNIVERSAL FOOD LLC** the **DEFENDANT** therein named by delivering to, and leaving personally with **Dave (REFUSED FULL NAME), MANAGER**, who provided verbal confirmation that he or she is authorized to accept by appointment or law to receive service on behalf of the **DEFENDANT**. I affirm that **Dave (REFUSED FULL NAME)** confirmed their authority after my inquiry, identified their role and explained their responsibilities, which include accepting service of process for the **DEFENDANT**.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

GENDER: **MALE** PERCEIVED RACE: **WHITE** HAIR: **BLACK**
APP.AGE: **25-35** APP. HT: **5ft8in** APP. WT: **220**
OTHER IDENTIFYING FEATURES

**COMMENTS:**

Sworn to before me this
30TH day of SEPTEMBER, 2025

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in QUEENS COUNTY
Commission Expires 09/25/2029

BASHAR JUDEH DCA #2104062
Lexitas - DCWP #2098109
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 3-HFD-25115083

2a