ATTORNEY(S) : HELEN F DALTON & ASSOCIATES PC
INDEX # : 25-CV-05304-ENV-TAM
PURCHASED/FILED : September 23, 2025
STATE OF : NEW YORK
COURT : U.S. District
COUNTY/DISTRICT : Eastern Dist.

P25115141

## AFFIRMATION OF SERVICE - SECRETARY OF STATE

BENITO TAPIA ISIDORO,  ET AL

Plaintiff(s)

against

ROMARK UNIVERSAL FOOD LLC, ET AL

Defendant(s)

| STATE OF NEW YORK ) | DESCRIPTION OF PERSON SERVED: | | Approx. Age: | 50 Yrs |
|---|---|---|---|---|

STATE OF NEW YORK )
COUNTY OF ALBANY  )SS
CITY OF ALBANY    )

**DESCRIPTION OF PERSON SERVED:**           Approx. Age: __50 Yrs__

Weight:  180 lbs   Height:   5'9"   Gender:  Male    Race:   White

Hair color:   Gray   Other: _____

_____ **Robert Guyette** _____ , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on __**September 26, 2025**__ , at   **2:20 PM**   , at the office of the  Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:
**SUMMONS & COMPLAINT CIVIL COVER SHEET CERTIFICATION(S) JURY TRIAL DEMANDED COLLECTIVE ACTION COMPLAINT**

on

**Romark Universal Food LLC**

,

the Defendant in this action, by delivering to and leaving with           **Dan Noonan**

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, two (2) true copies  thereof and that at the time of

making such service, deponent paid said Secretary of State a fee of ____ $40 ____ dollars; That said service

was made pursuant to Section  **LIMITED LIABILITY COMPANY LAW §303**.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office
of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said
defendant.

I affirm on ____**SEPTEMBER 26, 2025**____ , under penalties of perjury under the laws of New York, which may
include a fine or imprisonment, that the foregoing is true, and I understand that this document maybe filed in an
action or proceeding in a court of law.

X_____

ROBERT GUYETTE

Invoice-Work Order # 2539213
Attorney File # **25115141**