

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
T. (718) 263-9591 | F. (718) 263-9598

December 23, 2025

<u>Via ECF</u>:
Honorable Taryn A. Merkl, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     ***Isidoro v. Romark Universal Food LLC et al***
        <u>**Docket No.:  1:25-cv-05304-ENV-TAM**</u>

Dear Judge Merkl:

Our office represents Plaintiff in the above-referenced matter, and we submit this status report pursuant to the order dated November 25, 2025. On November 25, 2025, Emanuel Kataev, Esq. emailed our office explaining that his office was in the process of being retained by Defendants on this matter and requested our consent to an extension of time to respond to the Complaint. On the same date, our office consented to a thirty (30) day extension request. However, Mr. Kataev did not file a notice of appearance or a motion requesting an extension.

Today, the undersigned emailed to Mr. Kataev requesting an update regarding his appearance on behalf of Defendants. Mr. Kataev confirmed that he intends to file his notice of appearance as soon as possible. At the time of this filing, counsel for Defendants has not filed a notice of appearance or a responsive pleading. In light of this, Plaintiff respectfully requests leave to file a further status report (or a joint status report in the event that Mr. Kataev formally appears in this matter) within two (2) weeks, or by January 6, 2025.

We thank the Court for its kind consideration in this matter and remain available to provide any additional information.

Respectfully submitted,

*/s/KatelynSchillaci*
Katelyn Schillaci, Esq.

<u>CC (via email)</u>:
Emanual Kataev, Esq.
emanuel@sagelegal.nyc