UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
BENITO TAPIA ISIDORO, individually and on behalf
of all others similarly situated,

                        Plaintiff,

     -against-

ROMARK UNIVERSAL FOOD LLC and MARKEL
KANDKHOROV, EMANUIL KANDKHOROV and
BARUH KANDKHOROV, as individuals,

                        Defendants.
-------------------------------------------------------------------X

Case No.: 1:25-cv-5304 (ENV) (TAM)

**NOTICE OF APPEARANCE**

     **PLEASE TAKE NOTICE** that Emanuel Kataev, Esq. hereby appears as counsel for the Defendants in the above-captioned case. I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated:  Jamaica, New York
          December 28, 2025

Respectfully submitted,

**SAGE LEGAL LLC**
By:  */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendants
Romark Universal Food LLC,
Markel Kandkhorov,
Emanuil Kandkhorov, and
Baruh Kandkhorov*

**VIA ECF**
Helen F. Dalton & Associates, P.C.
Attn: Roman Avshalumov, Esq.
8002 Kew Gardens Road, Suite 601
Kew Gardens, NY 11415