

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
T. (718) 263-9591 | F. (718) 263-9598

January 6, 2025

Via ECF:
Honorable Taryn A. Merkl, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  ***Isidoro v. Romark Universal Food LLC et al***
         <u>Docket No.:  1:25-cv-05304-ENV-TAM</u>

Dear Judge Merkl:

  Our office represents Plaintiff in the above-referenced matter, and we submit this status report jointly with counsel for Defendants pursuant to the Order dated December 29, 2025. The parties have agreed to participate in mediation. In light of this, the parties respectfully request a referral to the EDNY mediation program in this matter. Additionally, counsel for Defendants' respectfully requests that the deadline to respond to the complaint be adjourned pending the outcome of mediation. Counsel for Plaintiff consents to this request.

  We thank the Court for its kind consideration in this matter and remain available to provide any additional information.

              Respectfully submitted,

              *James O'Donnell*
              James O'Donnell, Esq.

<u>CC (via email)</u>:
Emanual Kataev, Esq.
emanuel@sagelegal.nyc