

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
Tel. (718) 263-9591 Fax. (718) 263-9598

January 22, 2026

**Via ECF:**
The Honorable Taryn A. Merkl, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York

Re: **Isidoro v. Romark Universal Food LLC et al.**
Civil Docket No.: 1:25-cv-05304-ENV-TAM

Dear Judge Merkl:

Our office represents the Plaintiffs in this FLSA Action, and we submit this status report, jointly with counsel for Defendants, to apprise the Court on the status of the parties' selection of mediator.

The parties have selected Robert Kheel as their mediator. However, we are still in the process of scheduling an initial call for the setting of mediation and we shall file the selection of mediator once the mediation date has been confirmed.

We thank The Court for its kind consideration on this matter, and we remain available to provide any additional information.

Respectfully submitted,

*Roman Avshalumov*
Roman Avshalumov, Esq.

**Cc:** via ecf

*Counsel for Defendants*