

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
Tel. (718) 263-9591 Fax. (718) 263-9598

February 3, 2026

**Via ECF**:
The Honorable Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York

   Re:  **Isidoro v. Romark Universal Food LLC et al**.
      Civil Docket No.: 1:25-cv-05304-ENV-TAM

Dear Judge Merkl:

  Our office represents the Plaintiff in the above-referenced matter, and we submit this letter regarding the selection of the parties' mediator jointly with Defendants.

  The parties have selected Robert Kheel as their mediator. The parties are scheduled for a first mediation which has been scheduled for March 6, 2026, 10:00 a.m., via Zoom.

  We thank the Court for its consideration, and we remain available to provide any additional information.

                  Respectfully submitted,

                  *James O'Donnell*
                  James O'Donnell, Esq.

**CC**: v i a   e c f

*Defendants' Counsel*