# Sage Legal LLC

**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

March 16, 2026

<u>**VIA ECF**</u>
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Taryn A. Merkl, U.S.M.J.
225 Cadman Plaza East
Courtroom: 13D South
Brooklyn, NY 11201-1804

> *Re:*    **Isidoro v. Romark Universal Food LLC,** *et al.*
> **Case No.: 1:25-cv-5304 (ENV) (TAM)____**

Dear Judge Merkl:

This firm represents the Defendants in the above-referenced case. The parties submit this letter jointly, pursuant to this Court's Order, dated January 7, 2026, requiring the parties to provide an update as to the status of mediation and case status.

The parties have selected mediator Robert J. Kheel, Esq.  The parties were previously scheduled to proceed to mediation on March 6, 2026, but Defendants had to adjourn due to a scheduling conflict for Defendants' counsel. The parties are working together to reschedule the mediation a date in April as they have determined that there is no mutual availability in March, but have not yet secured a new date.

Dated: Jamaica, New York
        March 16, 2026                    Respectfully submitted,

                                          **SAGE LEGAL LLC**

                                          __   */s/ Emanuel Kataev, Esq.*_____
                                          Emanuel Kataev, Esq.
                                          18211 Jamaica Avenue
                                          Jamaica, NY 11423-2327
                                          (718) 412-2421 (office)
                                           (917) 807-7819 (cellular)
                                           (718) 489-4155 (facsimile)
                                          emanuel@sagelegal.nyc

                                          *Attorneys for Defendants*
                                          *Romark Universal Food LLC,*
                                          *Markel Kandkhorov,*
                                          *Emanuil Kandkhorov, and*
                                          *Baruh Kandkhorov*

**<u>VIA ECF</u>**
HELEN F. DALTON & ASSOCIATES, PC
<u>Attn</u>: Roman Avshalumov, Esq.
<u>Attn</u>: James Patrick Peter O'Donnell
<u>Attn</u>: Katelyn Marie Schillaci
8002 Kew Gardens Road, Suite 601
Kew Gardens, New York 11415
Telephone: 718-263-9591
Fax: 718-263-9598

*Attorneys for Plaintiff*
*Benito Tapia Isidoro*