

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
Tel. (718) 263-9591 Fax. (718) 263-9598

May 4, 2026

**<u>Via ECF</u>**
The Honorable Judge Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: **<u>Isidoro v. Romark Universal Food LLC, et al.</u>**
    **25-cv-5304 (ENV)(TAM)**

Dear Judge Merkl:

Our office represents the Plaintiff in the above-referenced matter and we submit this status report jointly with Defendants pursuant to the Court's May 4, 2026 Order.

The parties attended an initial Court-annexed mediation with Mediator Robert Kheel, Esq. on April 24, 2026. The parties did not reach a settlement at that time. However, the parties are still engaged with Mediator Kheel. Defendants have agreed to produce financial documentation supporting their inability to pay a substantial judgment and a second mediation has been scheduled for June 5, 2026.

The parties respectfully propose filing a further status report as to the outcome of mediation on or before June 12, 2026.

We thank the Court for its consideration and remain available to provide any additional information.

      Respectfully submitted,

      *James O'Donnell*
      James O'Donnell, Esq.