

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
Tel. (718) 263-9591 Fax. (718) 263-9598

June 22, 2026

**Via ECF**
The Honorable Judge Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **Isidoro v. Romark Universal Food LLC, et al.**
**25-cv-5304 (ENV)(TAM)**

Dear Judge Merkl:

Our office represents the Plaintiff in the above-referenced matter and we submit this status report pursuant to the Court's May 5, 2026 Order.

As noted in the parties' prior status report filed on May 4, 2026 [Dkt. No. 26], the parties attended an initial mediation on April 24, 2026. Following the mediation, Defendants agreed to produce financial documentation supporting their inability to pay a substantial judgment prior to the parties' second mediation scheduled for June 5, 2026.

Defendants needed additional time to produce the financial documentation and, as such, the second mediation did not proceed on June 5, 2026. Defendants have represented that they will produce the financial documentation in the coming weeks. The parties remain actively engaged with the mediator and are currently aiming to reschedule the second mediation for early August, pending client availability. Once a date for the second mediation is confirmed, we can promptly notify the Court.

In light of the above, we propose filing a further status report as to the outcome of the mediation on or before August 17, 2026.

We thank the Court for its consideration and remain available to provide any additional information.

Respectfully submitted,

*James O'Donnell*
James O'Donnell, Esq.