**HELEN F. DALTON & ASSOCIATES, P.C.**
ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
Tel. (718) 263-9591 Fax. (718) 263-9598

August 17, 2026

**Via ECF**
The Honorable Judge Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **Isidoro v. Romark Universal Food LLC, et al.**
**25-cv-5304 (ENV)(TAM)**

Dear Judge Merkl:

Our office represents the Plaintiff in the above-referenced matter and we submit this status report jointly with Defendants pursuant to the Court's June 24, 2026 Order.

The parties have reached a resolution in this matter via an anticipated Rule 68 Offer of Judgment to be served by the Defendants. As such, the parties respectfully request 30 days – or by September 17, 2026 – for Plaintiff to file his Notice of Acceptance of a Rule 68 Offer of Judgment.

We thank the Court for its consideration and remain available to provide any additional information.

Respectfully submitted,

James O'Donnell
James O'Donnell, Esq.