# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**


September 17, 2026

**VIA ECF**
United States District Court
Eastern District of New York
Attn: Hon. Taryn A. Merkl, U.S.M.J.
225 Cadman Plaza East, Courtroom 13D South
Brooklyn, NY 11201-1804

**Re: Isidoro v. Romark Universal Food LLC, *et al.***
**Case No.: 1:25-cv-5304 (ENV) (TAM)**

Dear Judge Merkl:

This firm represents the Defendants in the above-referenced case. Defendants respectfully request, with Plaintiff's consent, a two (2) week extension, from September 17, 2026 through and including October 1, 2026, to finalize and submit the papers necessary to close this case.

The Court's August 18, 2026 Order, following the parties' status report (ECF No. 28), directed Plaintiff to file his notice of acceptance with an offer of judgment pursuant to Rule 68 by September 17, 2026. The requested extension expressly includes that deadline.

Additional time is required to complete and exchange the settlement agreement and related judgment papers, obtain the necessary client approvals and signatures, and prepare the joint submission. The extension will permit the parties to document the settlement already reached and present a complete submission to the Court.

This is the first request to extend the September 17 deadline. No other scheduled date will be affected. Counsel conferred regarding an extension on September 17, 2026. Defendants respectfully request consideration on shortened notice under Judge Vitaliano's Individual Rule I(H), given the unfinished settlement documents and Plaintiff's consent. This request is made in good faith and not for delay. Defendants thank the Court for its time and attention to this matter.

Dated: Jamaica, New York
September 17, 2026

Respectfully submitted,
**SAGE LEGAL LLC**
*/s/ Emanuel Kataev, Esq.*

Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc


*Attorneys for Defendants*

**VIA ECF**
All counsel of record