# HELEN F. DALTON & ASSOCIATES, P.C.
ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
Tel. (718) 263-9591 Fax. (718) 263-9598


October 9, 2026

**Via ECF**
The Honorable Judge Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **Isidoro v. Romark Universal Food LLC, et al.**
**25-cv-5304 (ENV)(TAM)**

Dear Judge Merkl:

Our office represents the Plaintiff in the above-referenced matter and we submit this letter motion to respectfully request a conference before Your Honor in lieu of the parties' motion for settlement approval and settlement agreement that are due today, October 9, 2026.

The parties have not finalized any settlement documents and, in light of the Court's September 18, 2026 Order, we believe that a conference is necessary before the parties can finalize said settlement documents. Defendants' counsel joins in the request for a conference before the Court.

We thank the Court for its consideration and remain available to provide any additional information.

Respectfully submitted,

James O'Donnell
James O'Donnell, Esq.