# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**


November 6, 2026

**VIA ECF**
United States District Court
Eastern District of New York
Attn: Hon. Taryn A. Merkl, U.S.M.J.
225 Cadman Plaza East
Courtroom 13D South
Brooklyn, New York 11201

***Re:*** **Isidoro v. Romark Universal Food LLC, et al.**
**Case No. 1:25-cv-5304 (ENV) (TAM)**

Dear Judge Merkl:

The parties jointly and respectfully request a two-week extension, from November 6, 2026 through November 20, 2026, of the deadline to file the anticipated Rule 68 paperwork pursuant to the Court's October 19, 2026 Order.

In accordance with that Order, undersigned counsel for Defendants timely provided Plaintiff's counsel with drafts of the proposed documents. The parties have been working to review and finalize those documents, but require additional time to resolve the remaining drafting issues and prepare a complete, coordinated submission. The requested extension is made jointly, in good faith, and not for purposes of delay. The parties respectfully request that the Court extend the November 6, 2026 deadline to November 20, 2026. No other scheduled deadline would be affected. The parties thank the Court for its consideration.

Dated: Jamaica, New York
November 6, 2026

Respectfully submitted,
**SAGE LEGAL LLC**
*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendants*
*Romark Universal Food LLC,*
*Markel Kandkhorov,*
*Emanuil Kandkhorov, and*
*Baruh Kandkhorov*

**VIA ECF**
All counsel of record