# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**


November 20, 2026

**VIA ECF**
United States District Court
Eastern District of New York
Attn: Hon. Taryn A. Merkl, U.S.M.J.
225 Cadman Plaza East, Courtroom 13D South
Brooklyn, NY 11201-1804

**Re: Isidoro v. Romark Universal Food LLC, et al.**
**Case No. 1:25-cv-05304 (ENV) (TAM)**

Dear Judge Merkl:

Defendants respectfully request an extension, from November 20, 2026 to November 25, 2026, of the deadline to file the anticipated Federal Rule of Civil Procedure (hereinafter "Rule") 68 paperwork on ECF, as set forth in the Court's November 9, 2026 Order granting the parties' prior motion (ECF No. 31).

As explained in the parties' November 6, 2026 joint application, Defendants' counsel timely transmitted draft Rule 68 documents to Plaintiff's counsel. Plaintiff's counsel thereafter provided proposed revisions on November 18, 2026. The parties require additional time to review those revisions, resolve the remaining drafting issues, and coordinate the final Rule 68 submission. In addition, undersigned counsel is presently in the Northern District of Georgia in connection with other litigation obligations, which has constrained his ability to complete that review by the current deadline. This request is made in good faith and not for purposes of delay. The requested extension would not affect any other scheduled deadline. The parties remain mindful of the Court's October 19 and November 9, 2026 Orders concerning Cheeks and will submit any proposed provisions requiring judicial review in accordance with those directives. Plaintiff consents to this request.

Accordingly, Defendants respectfully request that the Court extend the deadline to file the Rule 68 paperwork on ECF through November 25, 2026. Defendants thank the Court for its consideration.

Respectfully submitted,
**SAGE LEGAL LLC**
*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, New York 11423-2327
(718) 412-2421
emanuel@sagelegal.nyc
*Attorneys for Defendants*

**VIA ECF**
All counsel of record